# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| ROSAMARIA LOPEZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:20-cv-00060-BAM<br><br>**ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION TO STAY ACTION**<br><br>(Doc. 13) |

Currently pending before the Court is Defendant's Ex Parte Application to Stay Action filed on May 1, 2020. (Doc. 13.) Defendant explains that due to the COVID-19 health emergency, Defendant is presently unable to produce the Administrative Record necessary to answer and adjudicate this action. Accordingly, Defendant requests to stay this action. Having considered the application, the Court finds good cause to grant the stay of this action until Defendant regains the ability to produce the Administrative Record.[1]

Accordingly, IT IS HEREBY ORDERED that this matter is stayed until such time as the Social Security Administration regains the capacity to produce the Administrative Record necessary to answer and adjudicate this case. The stay of this matter shall automatically lift upon

---

[1] This case is not addressed by General Order No. 615 because it was filed before February 1, 2020.

1

the Defendant's filing of the Administrative Record.  Thereafter, case deadlines will proceed according the Court's previously filed case management order and the local rules.  No motion or other notification will be required to lift the stay.

IT IS SO ORDERED.

Dated: __**May 1, 2020**__                        /s/ *Barbara A. McAuliffe*
                                                UNITED STATES MAGISTRATE JUDGE