McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
IN SEON JEONG, CSBN 291908
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8984
    Facsimile: (415) 744-0134
    E-Mail: Inseon.Jeong@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| ROSAMARIA LOPEZ, | Civil No. 1:20-cv-00060-BAM |
|     Plaintiff, | **STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE** |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | |
|     Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend Defendant's time to file his answering brief with the Court by 21 days to November 18, 2020, and that all other scheduling dates set forth in the Court's Case Management Order shall be extended accordingly.  This is Defendant's first request for an extension of time in this matter.

In light of the global COVID-19 crisis, SSA is switching to new work processes, and is focusing on providing the most critical services by mail, phone and online to those most in need.  SSA is also taking additional steps to protect its employees and help stop the spread of COVID-19, maximizing social distancing, including significantly limiting employee access to SSA facilities for health and safety only and moving rapidly toward a virtual work environment.  Although the agency is working diligently to provide ongoing services, including legal services, there are practical implications for our litigation workloads.

Counsel for Defendant, as well as all the support staff in that office, works in the State of California, where the governor has ordered all residents to stay home, effective March 19, 2020, until further notice.  This order has led to reduced onsite staffing in Offices of the United States Attorney.  Defendant's counsel coordinates closely with the United States Attorney's Office and relies on that office for certain types of administrative support.  Moreover, the Governor's order and the decision of the Commissioner to implement full-time telework throughout the country has led to unanticipated strains on internet connectivity for SSA employees.

The closure of schools and state-wide movement restrictions have also impacted the work schedules of members of the plaintiffs' bar, and caused many plaintiffs' attorneys to receive extensions to original briefing schedules.  As the moving parties in Social Security litigation, plaintiffs' extensions necessarily affect the briefing deadlines for Defendant's counsel.  Defendant's counsel now has an unexpectedly large number of briefs to respond to within the next ten days.

Moreover, the instant case involves the new medical evidence regulations for claims filed after March 27, 2017.  *See* 20 C.F.R. § 404.1520c.  To ensure consistency and proper application of the new regulations, these cases are subject to a heightened level of review, which necessarily requires additional time to complete.

Counsel for Defendant apologizes to Plaintiff and the Court for any inconvenience caused by this delay.

Respectfully submitted,

Date: <u>October 22, 2020</u>　　　　　　　　CERNEY, KREUZE & LOTT, LLP

By:　<u>/s/ In Seon Jeong for Shellie Lott*</u>
SHELLIE LOTT
*Authorized by email on October 22, 2020*
Attorneys for Plaintiff

Date: <u>October 22, 2020</u>　　　　　　　　MICHAEL BAILEY
United States Attorney
District of Arizona

By:　<u>/s/ In Seon Jeong</u>
IN SEON JEONG
Special Assistant United States Attorney
Attorneys for Defendant

Of Counsel for the Defendant:

DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
CASPAR I. CHAN
Assistant Regional Counsel
Social Security Administration
160 Spear Street, Suite 800

## ORDER

Pursuant to the parties' stipulation, and cause appearing, the deadline for Defendant to file a response to Plaintiff's Opening Brief is extended to November 18, 2020. All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated:　**October 23, 2020**　　　　　　　/s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE